No. 106, Misc. McCoy *v.* New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 109, Misc. Blumner et al. *v.* United States. C. A. 2d Cir. Certiorari denied. *Jerome J. Londin* for petitioners.. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 111, Misc. Smith *v.* Montgomery Ward & Co., Inc. C. A. 6th Cir. Certiorari denied.

No. 112, Misc. Bynacker *v.* McMichael. Sup. Ct. La. Certiorari denied. *Edward B. Dufreche* for petitioner.

No. 114, Misc. Boggs et al. *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 115, Misc. Edgerton *v.* Maryland. C. A. 4th Cir. Certiorari denied.

No. 117, Misc. Dear *v.* Dear. App. Ct. Ill., 2d Dist. Certiorari denied. Reported below: 87 Ill. App. 2d 72, 77, 230 N. E. 2d 385, 386.

No. 118, Misc. Thomas *v.* Field, Men's Colony Superintendent, et al. Sup. Ct. Cal. Certiorari denied.

No. 119, Misc. Marcelin *v.* New York. Ct. App. N. Y. Certiorari denied.